| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Limbaugh, Jr., , Stephen N. | 2. Court or Organization<br><br>Eastern District of Missouri | 3. Date of Report<br><br>05/10/2012 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination        Date<br>☐ Initial    ☑ Annual        ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>Rush Hudson Limbaugh, Sr. U.S. Courthouse<br>555 Independence St., Suite 4000<br>Cape Girardeau, MO 63703 | | |
| *IMPORTANT NOTES:* The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. Insert signature on last page. | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | President, Board of Trustees | State Historical Society of Missouri |
| 2. | Member, Board of Trustees | Old McKendree Chapel |
| 3. | Member, Board of Directors | Southeast Missouri Symphony Advisory Board |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Missouri Judges ALJ Legislators & Elected Officials Retirement System, Pensions | $76,759.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Wells Fargo Advisors, salary and bonuses |
| 2. | 2011 | Wells Fargo, IRA Distribution |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Bill Franz | Food and Wine | $1,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Montgomery Bank of Cape Girardeau, MO | Line of Credit | M |
| 2. | American Express | Credit Card | K |
| 3. | CitiCards | Credit Card | K |
| 4. | Nieman Marcus | Credit Card | J |
| 5. | Wachovia Securities | Promissory Note | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo IRA- ___ -See Note 1 | | | | | | | | | |
| 2. - Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 3. -Fundsource-Conservative Growth- ( X)-See Note 1 | D | Int./Div. | | T | | | | | |
| 4. -TWGIX-See Note 1 | A | Dividend | K | T | | | | | |
| 5. -ACBPX-See Note-1 | A | Dividend | K | T | | | | | |
| 6. -ARTVX- See Note-1 | A | Dividend | K | T | | | | | |
| 7. -DODFX- See Note-1 | A | Dividend | K | T | Buy (add'l) | 10/04/11 | J | | |
| 8. -EIBIX- See Note-1 | A | Dividend | J | T | | | | | |
| 9. -EILVX- See Note-1 | A | Dividend | K | T | Buy | 02/22/11 | K | | |
| 10. -FSXIX-See Note-1 | A | Dividend | J | T | | | | | |
| 11. -FTIXX-See Note-1 | A | Interest | J | T | Buy | 10/04/11 | J | | |
| 12. -HACAX-See Note 1 | A | Dividend | K | T | | | | | |
| 13. -HAIGX-See Note 1 | A | Dividend | K | T | Buy (add'l) | 10/04/11 | J | | |
| 14. -JFLEX-See Note 1 | A | Dividend | K | T | Buy | 10/04/11 | K | | |
| 15. -WOBDX-See Note 1 | B | Dividend | L | T | Buy (add'l) | 02/22/11 | J | | |
| 16. -MGOYX-See Note 1 | A | Dividend | K | T | | | | | |
| 17. -FARCX-See Note 1 | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Limbaugh, Jr., , Stephen N. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -PTTRX-See Note 1 | B | Dividend | J | T | | | | | |
| 19. -PCRIX-See Note 1 | D | Dividend | K | T | Buy (add'l) | 10/04/11 | J | | |
| 20. -CVFYX-See Note 1 | A | Dividend | L | T | | | | | |
| 21. -ORIYX-See Note 1 | A | Dividend | K | T | | | | | |
| 22. -DRPEX-See Note 1 | A | Dividend | K | T | Buy (add'l) | 10/04/11 | J | | |
| 23. -RVPHX-See Note 1 | A | Dividend | J | T | | | | | |
| 24. -CRIMX-See Note 1 | A | Dividend | K | T | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. Wells Fargo Brokerage Acct- | | | | | | | | | |
| 28. - Wells Fargo Bank- Deposit Sweep Acct | A | Interest | J | T | | | | | |
| 29. -AMGN | A | Dividend | J | T | | | | | |
| 30. -CAT | A | Dividend | J | T | | | | | |
| 31. -ESRX | A | Dividend | K | T | | | | | |
| 32. -JNJ | A | Dividend | | | Sold | 03/16/11 | J | A | |
| 33. -MCD | A | Dividend | J | T | | | | | |
| 34. -MHS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -MRK | A | Dividend | J | T | | | | | |
| 36.  -PEP | A | Dividend | J | T | | | | | |
| 37.  -PG | A | Dividend | J | T | | | | | |
| 38.  -WFC | A | Dividend | J | T | | | | | |
| 39. | | | | | | | | | |
| 40.  Wells Fargo IRA- ▒ | | | | | | | | | |
| 41.  -FundSource- Core American Long Term Growth-See Note 2 | B | Dividend | | T | | | | | |
| 42.  -Bank Deposit Sweep-See Note 2 | A | Interest | M | T | | | | | |
| 43.  -ARGYX-See Note 2 | A | Dividend | J | T | Buy (add'l) | 08/18/11 | J | | |
| 44.  -ACSDX-See Note 2 | A | Dividend | J | T | Buy (add'l) | 08/18/11 | J | | |
| 45.  -BUFSX-See Note 2 | A | Dividend | K | T | Buy (add'l) | 08/18/11 | J | | |
| 46.  -AEPGX-See Note 2 | B | Dividend | L | T | Buy | 06/15/11 | L | | |
| 47.  -AEGFX- See Note 2 | A | Dividend | K | T | Buy (add'l) | 08/18/11 | K | | |
| 48.  -RSENX- See Note 2 | A | Dividend | J | T | Buy (add'l) | 08/18/11 | J | | |
| 49.  -FTIXX-See Note 2 | A | Int./Div. | J | T | Buy | 09/07/11 | J | | |
| 50.  -AGTHX-See Note 2 | A | Dividend | L | T | Buy | 06/15/11 | L | | |
| 51.  -GFAFX-See Note 2 | A | Dividend | K | T | Buy (add'l) | 08/18/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -HACAX-See Note 2 | A | Dividend | J | T | Buy (add'l) | 09/29/11 | J | | |
| 53. -HAINX-See Note 2 | A | Dividend | J | T | Buy (add'l) | 09/29/11 | J | | |
| 54. -HWMAX- See Note 2 | A | Dividend | K | T | Buy (add'l) | 09/29/11 | J | | |
| 55. -AIVSX-See Note 2 | B | Dividend | L | T | Buy | 06/15/11 | L | | |
| 56. -AICFX-See Note 2 | A | Dividend | J | T | Buy (add'l) | 08/18/11 | J | | |
| 57. -KSCIX-See Note 2 | A | Dividend | J | T | Buy | 09/28/11 | J | | |
| 58. -MPEGX-See Note 2 | A | Dividend | J | T | Buy (add'l) | 08/18/11 | J | | |
| 59. -NWFFX-See Note 2 | A | Dividend | K | T | Buy (add'l) | 08/18/11 | J | | |
| 60. -NEWFX-See Note 2 | B | Dividend | M | T | Buy | 06/15/11 | M | | |
| 61. -PCRIX-See Note 2 | B | Dividend | J | T | Buy (add'l) | 08/18/11 | J | | |
| 62. -SCWFX-See Note 2 | A | Dividend | J | T | Buy (add'l) | 08/18/11 | J | | |
| 63. -SMCWX-See Note 2 | A | Dividend | M | T | Buy | 06/15/11 | M | | |
| 64. -VSOIX-See Note 2 | A | Dividend | J | T | Buy (add'l) | 08/18/11 | J | | |
| 65. -WSHFX-See Note 2 | A | Dividend | K | T | Buy (add'l) | 08/18/11 | J | | |
| 66. -FSMXX-See Note 2 | A | Dividend | | | Sold | 06/01/11 | J | A | |
| 67. -JETIX-See Note 2 | A | Dividend | | | Sold | 06/01/11 | J | B | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. A.G. Edwards 401K Plan- | | | | | | | | | |
| 71. -American Funds-Euro Pacific Growth Fund-Mutual Fund | A | Dividend | | | Distributed (part) | 04/29/11 | K | | |
| 72. | | | | | Sold | 06/15/11 | M | | |
| 73. | | | | | | | | | |
| 74. -American Funds Ivestmt Company of America-Mutual Fund | B | Dividend | | | Sold | 06/15/11 | M | | |
| 75. | | | | | | | | | |
| 76. -American Funds Small CAP World -Mutual Fund | A | Dividend | | | Sold | 06/15/11 | M | | |
| 77. -American Funds Washington Mutual Investors-Mutual Fund | A | Dividend | | | Sold | 06/15/11 | L | | |
| 78. -American Funds-Growth Fund of America-Mutual Fund | A | Dividend | | | Sold | 06/15/11 | M | | |
| 79. | | | | | | | | | |
| 80. -American Funds Newe World - Mutual Fund | A | Dividend | | | Sold | 06/15/11 | M | | |
| 81. | | | | | | | | | |
| 82. -Wells Fargo Stock | A | Dividend | | | Distributed | 06/16/11 | K | | |
| 83. | | | | | | | | | |
| 84. -Vanguard Prime Money Market | D | Int./Div. | | | | | | | |
| 85. | | | | | Distributed (part) | 02/08/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Distributed (part) | 03/09/11 | K | | |
| 87. | | | | | Distributed (part) | 04/29/11 | N | | |
| 88. | | | | | Sold | 06/15/11 | N | | |
| 89. | | | | | | | | | |
| 90. Wells Fargo 401k Plan | | | | | | | | | |
| 91. -Stable Value Fund (See Note 3 , Part VIII) | None | L | T | | Buy (add'l) | 01/04/11 | J | | |
| 92. | | | | | Buy (add'l) | 04/01/11 | J | | |
| 93. | | | | | Buy (add'l) | 07/01/11 | J | | |
| 94. | | | | | Buy (add'l) | 10/01/11 | J | | |
| 95. | | | | | | | | | |
| 96. -Wells Fargo Non-ESOP Fund (See Note 3, part VIII) | A | Int./Div. | K | T | Buy (add'l) | 01/04/11 | J | | |
| 97. | | | | | Buy (add'l) | 04/01/11 | J | | |
| 98. | | | | | Buy (add'l) | 07/01/11 | J | | |
| 99. | | | | | Buy (add'l) | 10/01/11 | J | | |
| 100. | | | | | | | | | |
| 101. Excess Profit Sharing Deferred Comp Plan- | | | | | | | | | |
| 102. -Cert of Deposit -12 mos | A | Interest | M | T | Distributed (part) | 10/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. WF Performance Award & Deferred Comp Plan- | | | | | | | | | |
| 105. -Cert of Deposit -12 mos | A | Interest | M | T | Distributed (part) | 01/04/11 | K | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. 1/7 Int in River Bend Inv. (See note 4 , part VIII) | | None | M | Q | | | | | |
| 109. | | | | | | | | | |
| 110. Limbaugh Lands, Inc.- (See note 5 , part VIII) | | None | K | U | | | | | |
| 111. | | | | | | | | | |
| 112. Bank of America Checking Account | A | Interest | K | T | | | | | |
| 113. | | | | | | | | | |
| 114. Wells Fargo Stock Options (Formerly Wachovia Stock Options) | | None | J | T | | | | | |
| 115. | | | | | | | | | |
| 116. WF- JT Acct (X) See Note 6 | | | | | | | | | |
| 117. -Bank Sweep Account | A | Interest | J | T | | | | | |
| 118. -KO | B | Dividend | J | T | | | | | |
| 119. -NKE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*



1. Part VII-Line 1:
   In 2010, the Wells Fargo IRA- [      ] account was reported as a managed account and the details of the investments were not provided. P er the instructions for 2011, details of all investments held as of December 31, 2011 were provided on lines 2 through 24.

2. Part VII- Line 40
   In 2010, the Wells Fargo IRA [      ] account was reported as a managed account and the details of the investments were not provided. Per the instructions for 2011, details of all investments hels as of December 31, 2011 were provided on lines 42 through 67.

3. Part VII- Line 91 through 100
   Quarterly statements were provided. Actual dates of transactions are not available.

4. Part VII- Line 109:
   The sole asset of River Bend Investments L.L.C. is a rehabbed [  ] -unit neighborhood apartment building in Cape Girardeau, MO. Last appraisal was in 2007.

5. Part VII- Line 111
   Limbaugh Lands, Inc. owns the [   ] -acre Limbaugh [     ] homestead farm in Bollinger County, MO. We own a small undivided interest.

6. Part VII- Line 117
   WF- [          ] JT Account was inadvertently left off of the repoort in 2010. Details of all investments have been included on the 2011 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen N. Limbaugh, Jr.,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544